# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

124756 & (26)(28)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN EDWARD SCOTT, JR.,
        Defendant-Appellant.

SC: 124756
COA: 248415
Kalamazoo CC: 79-004133-FH

_____/

        By order of November 29, 2004, the Kalamazoo Circuit Court was directed to conduct an evidentiary hearing and to file a transcript of the hearing and its findings on specified questions regarding certain evidence. On order of the Court, those findings having been filed, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to expand the record is DENIED.

        I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

t0919